

PRAECIPE FOR WARRANT

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

v.                                    CRIMINAL NO. 3:09cr60 HTW-JCS

KIMBERLY MILLER

The Clerk of said Court will issue a warrant, an information against the above-named defendant having been filed in the above-entitled cause on the 21st day of July, 2009.

This 21st day of July, 2009.

                                STAN HARRIS
                                Acting United States Attorney

By: _____
                                D. MICHAEL HURST, JR.
                                Assistant U. S. Attorney
                                MS Bar #99990

Warrant issued: _____